

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2018

No. 04-17-00741-CV

Edward R. **MEZA** Jr., Sylvia Meza, and New Braunfels Home Health, Inc. d/b/a N.B. Home Health,
Appellants

v.

**HONORCARE HOME HEALTH INC**.,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 376006
Honorable Karen Crouch, Judge Presiding

# O R D E R

After the trial court denied appellants' request for the reporter's record to be provided without costs, we ordered appellants to provide written proof, on or before February 12, 2018, that the reporter's fee has been paid or arrangements have been made to pay the reporter's fee. On February 9, 2018, appellants filed a "Status Report." In that report, appellants stated they had provided full payment for the reporter's record to the court reporter. As proof, appellants attached email correspondence in which the court reporter, Herminia Torres, acknowledged receipt of payment.

Accordingly, we **ORDER** court reporter Herminia Torres to file the reporter's record in this court on or before **March 15, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2018.



KEITH E. HOTTLE,
Clerk of Court